**DASTI, McGUCKIN, McNICHOLS
CONNORS, ANTHONY & BUCKLEY**
Patrick F. Varga, Esq. (306502020)
620 West Lacey Road
Forked River, New Jersey 08731
(609) 971-1010  FAX (609) 971-7093
Attorneys for **Defendant, Jackson Township Attorney Gregory McGuckin**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ELENOR HANNUM,**<br><br>                        Plaintiff,<br><br>    vs.<br><br>**JACKSON TOWNSHIP, JACKSON TOWNSHIP COUNCIL, JACKSON TOWNSHIP COUNCIL PRESIDENT JENNIFER KUHN, JACKSON TOWNSHIP ATTORNEY GREGORY MCGUCKIN,**<br><br>                        Defendants. | CIVIL ACTION NO.: 3:25-cv-02987<br><br>**NOTICE OF MOTION TO DISMISS WITH PREJUDICE** |

To:    Gregory A. Byrnes, Esq
       Anderson Law
       104 West 27th Street, 11th Floor
       New York, New York 10001
       Attorney for Plaintiff

**PLEASE TAKE NOTICE** that, on a date set by the Court, the undersigned will apply to the above named Court at the United States District Court House, Trenton, New Jersey for the entry of an Order dismissing your complaint with prejudice in favor of Defendant, Jackson Township Attorney Gregory McGuckin with prejudice or alternatively to sever Counts Eight and Nine pursuant to Fed. R. Civ. Pro. 20 and 21.

Defendants will rely upon the Brief Annexed hereto.

DASTI, McGUCKIN,
McNICHOLS, CONNORS,
ANTHONY & BUCKLEY

COUNSELLORS AT LAW

620 WEST LACEY ROAD
FORKED RIVER, N.J. 08731

|  | Respectfully Submitted, |
|---|---|
|  | **DASTI, McGUCKIN, McNICHOLS, et al.**<br>*Attorneys for Defendants* |
| Dated: June 13, 2025 |  |
|  | By: /s/ Patrick F. Varga<br>    Patrick F. Varga, Esquire |

## CERTIFICATE OF MAILING

I hereby certify that on December 6, 2023, the within Notice of Motion, Certification, and proposed form of Order was filed via electronically filing; and one copy of same was emailed to all counsel of record.

|  | **DASTI, McGUCKIN, McNICHOLS, et al.**<br>*Attorneys for Defendants* |
|---|---|
| Dated: June 13, 2025 |  |
|  | By: /s/ Patrick F. Varga<br>    Patrick F. Varga, Esquire |

**DASTI, McGUCKIN,
McNICHOLS, CONNORS,
ANTHONY & BUCKLEY**

COUNSELLORS AT LAW

620 WEST LACEY ROAD
FORKED RIVER, N.J. 08731